THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEFIDA, ZAO, and<br><br>MARINE FISHING INTERNATIONAL, INC.,<br><br>            Plaintiffs,<br><br>    v.<br><br>1,925 CARTONS OF CRAB, and<br><br>ALYE PARUSA LIMITED LIABILITY COMPANY,<br><br>            Defendants. | IN ADMIRALTY<br><br>Case No. 2:13-cv-00464-RSM<br><br>ORDER AUTHORIZING THE ISSUANCE OF ARREST WARRANT |

Upon the motion of Plaintiffs and after review of the record and files herein, and finding that probable cause for arrest exists, it is:

ORDERED that the clerk shall issue a warrant for the arrest of the *in rem* defendant 14 cartons of blue King crab taken from container nos. APRU580142-0, APRU584098-3, and TRIU865477-8 and currently stored at the Lineage cold storage facility located at 206 Southwest Michigan Street, Seattle, Washington 98106.

DATED this 15 day of April, 2013.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING ISSUANCE OF
WARRANT FOR ARREST - 1
Case No. 2:13-cv-00464-RSM

**HOLMES WEDDLE & BARCOTT, PC**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1.
2.
3. Presented By:
4. HOLMES WEDDLE & BARCOTT
5.
6. s/ John E. Casperson
   Douglas M. Fryer, WSBA# 1852
   John E. Casperson, WSBA# 14292
7. 999 Third Avenue, Suite 2600
   Seattle, Washington 98104
8. Telephone:   (206) 292-8008
   Facsimile:   (206) 340-0289
9. Email:       dfryer@hwb-law.com
                jcasperson@hwb-law.com
10. Attorneys for Plaintiffs
11.
12. G:\5866\27019\Pleadings\Order Arrest Warrant 14 cartons.doc
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26. ORDER AUTHORIZING ISSUANCE OF
    WARRANT FOR ARREST - 2
    Case No. 2:13-cv-00464-RSM

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289