THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEFIDA, ZAO, and<br><br>MARINE FISHING INTERNATIONAL, INC.,<br><br>           Plaintiffs,<br><br>     v.<br><br>1,925 CARTONS OF CRAB, and<br><br>ALYE PARUSA LIMITED LIABILITY COMPANY<br><br>           Defendants. | IN ADMIRALTY<br><br>Case No. 2:13-cv-00464-RSM<br><br>ORDER APPOINTING SUBSTITUTE CUSTODIAN AND FOR AUTHORITY TO MOVE CARTONS OF CRAB TO COLD STORAGE |

Plaintiffs, Tefida, ZAO and Marine Fishing International, Inc., by and through their attorneys Douglas M. Fryer and John E. Casperson of Holmes Weddle & Barcott, P.C., having appeared, now make the following recitals:

1. On April 10, 2013, an Amended Complaint herein was filed praying that newly discovered 14 cartons of crab (hereinafter "Crab") be arrested pursuant to Rule D of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, *in rem*.

2. In the immediate future, the Clerk of this Court is expected to issue a Warrant for Arrest of the Crab commanding the United States Marshal for this District to

ORDER APPOINTING SUBSTITUTE
CUSTODIAN - 1
Case No. 2:13-cv-00464-RSM

attach and take into custody the Crab and to detain the same in his custody until further order of this Court respecting same.

3. It is contemplated that the United States Marshal will seize the Crab forthwith. Custody by the United States Marshal requires the services of one or more keepers at charges substantially in excess of those to be made by the substitute custodian alone, not including charges for storage and the other services usually associated with safekeeping of product similar to the Crab.

4. The Crab is currently located at the Lineage cold storage facility located at 206 Southwest Michigan Street, Seattle, WA. Plaintiffs desire to allow Marine Lenders Services to assume the responsibility of safekeeping and storage of the Crab, and Marine Lenders Services has consented to act as custodian until further order of this Court. Marine Lenders Services has also consented to move the Crab from its location on the Vessel to a suitable marine cold storage facility, if necessary.

5. Buck Fowler, the Managing Member of Marine Lenders Services, by his certification at Docket at 5, states that he can arrange for adequate facilities and supervision for the proper safekeeping of the Crab. Further, in said certification, Marine Lenders Services accepts, in accordance with the terms of this order, possession of the Crab that is the subject of the action herein.

6. In consideration of the United States Marshal's consent to the appointment of Marine Lenders Services as substitute custodian, plaintiffs agree to release the United States and the United States Marshal from any and all liability and responsibility arising out of care and custody of the Crab, from the time that the United States Marshal transfers possession of the Crab over to said substitute custodian, and plaintiffs further agree to hold harmless and indemnify the United States and the United States Marshal from any

ORDER APPOINTING SUBSTITUTE
CUSTODIAN - 2
Case No. 2:13-cv-00464-RSM

and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

THEREFORE, IT IS ORDERED that the United States Marshal for the Western District of Washington is authorized, upon seizure of the Crab, to surrender the possession thereof to Marine Lenders Services as substitute custodian named herein, and that upon such surrender the United States Marshal shall be discharged from the duties and responsibilities for the safekeeping of the Crab and held harmless from any and all claims arising whatever out of said custodial services.

IT IS FURTHER ORDERED that Marine Lenders Services is appointed substitute custodian of the Crab and shall retain the Crab in its custody for possession and safekeeping until further order of this Court and that Marine Lenders Services may move the Crab from its current location to a secure cold storage facility within the district to provide additional security or less expensive storage.  All costs for such movement shall be paid by plaintiffs, and may, upon further order of this Court, be deemed administrative costs herein.

It is further requested that the Clerk of this Court deliver three certified copies of this order to the United States Marshal forthwith.

DATED this 15 day of April 2013.


_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING SUBSTITUTE
CUSTODIAN - 3
Case No. 2:13-cv-00464-RSM

**Presented by:**

HOLMES WEDDLE & BARCOTT, P.C.

s/ John E. Casperson
Douglas M. Fryer, WSBA# 1852
John E. Casperson, WSBA# 14292
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone:   (206) 292-8008
Facsimile:    (206) 340-0289
Email:         dfryer@hwb-law.com
                  jcasperson@hwb-law.com
Attorneys for Plaintiffs

G:\5866\27019\Pleadings\Proposed Order Subst Cust.14 cartons.doc

ORDER APPOINTING SUBSTITUTE
CUSTODIAN - 4
Case No. 2:13-cv-00464-RSM