THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEFIDA, ZAO, and<br><br>MARINE FISHING INTERNATIONAL, INC.,<br><br>                         Plaintiffs,<br><br>     v.<br><br>1,925 CARTONS OF CRAB, and<br><br>ALYE PARUSA LIMITED LIABILITY COMPANY,<br><br>                         Defendants.<br><br>and<br><br>MARINE TREASURES, INC.,<br><br>                         Claimant. | IN ADMIRALTY<br><br>Case No.   2:13-cv-00464-RSM<br><br>STIPULATED MOTION AND ORDER FOR INTERLOCUTORY SALE |

The crab at issue in this case has remained in storage for more than a year. Plaintiffs Tefida, ZAO and Marine Fishing International, Inc. and Claimant Marine Treasures, Inc. (collectively, the "Parties") have agreed to a sale of the arrested/attached crab that is the subject of this case (the "Crab") by the United States Marshal. The Parties

STIPULATED MOTION FOR INTERLOCUTORY SALE -1
Case No. 2:13-cv-00464-RSM

jointly move this Court for an order confirming the negotiated terms of sale.  A stipulated proposed order is below, which conforms to the following terms:

    1.    The Parties shall cause the arrested/attached crab that is the subject of this case (the "Crab") to be inspected by Northwest Seafood Technical Services, Inc. ("NSTSI"), which shall issue a report summarizing the current condition of the Crab ("NSTSI Report").  NSTSI shall provide copies of the NSTSI Report to all counsel of record for all the Parties and to the United States Marshal.  The United States Marshal shall make the report available to anyone who requests access to the information.

    2.    Upon receipt and distribution of the NSTSI Report per paragraph 1, above, plaintiffs will coordinate for the United States Marshal to cause the 1,939 cases of frozen opilio and king crab products arrested and attached pursuant to this Court's orders dated March 15, 2013 (Docket No. 12) and April 15, 2013 (Docket No. 19) to be sold, free of all liens and encumbrances as soon as practicable and in accordance with the Supplemental Admiralty and Local Rules.

    3.    Any party to this lawsuit may bid on and purchase the Crab without impact on (i) the merits of the Parties' claims to the Crab or the proceeds from the sale of the Crab, or (ii) the merits of the causes of action asserted by the Parties in this case.

STIPULATED MOTION FOR INTERLOCUTORY SALE -2
Case No. 2:13-cv-00464-RSM

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

DATED this _____ day of April, 2014.

HALL ZANZIG CLAFLIN McEACHERN

---

Spencer Hall, WSBA# 6162
Colin George, WSBA# 45131
Hall Zanzig Claflin McEachern
1200 Fifth Avenue, Suite 1414
Seattle, WA  98101
Telephone: (206) 292-5900
Facsimile:  (206) 292-5901
Email:  shall@hallzan.com
           cgeorge@hallzan.com
Attorneys for Claimant


HOLMES WEDDLE & BARCOTT, P.C.

---

Douglas M. Fryer, WSBA# 1852
John E. Casperson, WSBA# 14292
R. Shawn Griggs, WSBA# 30710
Svetlana P. Spivak, WSBA# 30478
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone:     (206) 292-8008
Facsimile:     (206) 340-0289
Email:         dfryer@hwb-law.com
               jcasperson@hwb-law.com
               sgriggs@hwb-law.com
               sspivak@hwb-law.com
Attorneys for Plaintiffs

STIPULATED MOTION FOR INTERLOCUTORY SALE -3
Case No. 2:13-cv-00464-RSM

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

**ORDER**

IT IS SO ORDERED.

DATED this 6 day of May 2014.


                                    _____
                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR INTERLOCUTORY SALE -4
Case No. 2:13-cv-00464-RSM

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289